| | | | |
|---|---|---|---|
| Com. v. Demby ....................... | 2386 EDA 2015 Vacated and Remanded | 07/20/2016 | CP–23–CR–0006511–2014 (Delaware) |
| Com. v. Thompson .................... | 2396 EDA 2015 Affirmed | 07/20/2016 | CP–48–CR–0001276–2015 (Northampton) |
| Com. v. Keyser [33]...................... | 2420 EDA 2015 Affirmed | 07/20/2016 | CP–23–CR–0005850–2011 (Delaware) |
| Com. v. Handfield [34].................. | 2582 EDA 2015 Affirmed | 07/20/2016 | CP–15–CR–0004908–2007 (Chester) |
| Com. v. Senessie–Middleton ........... | 2885 EDA 2015 Affirmed | 07/20/2016 | CP–23–CR–0007175–2012 (Delaware) |
| Com. v. Rivera....................... | 3067 EDA 2015 Affirmed | 07/20/2016 | CP–45–CR–0001510–2005 (Monroe) |
| Com. v. Lozada ...................... | 3184 EDA 2015 Affirmed | 07/20/2016 | CP–51–CR–1107211–2004 (Philadelphia) |
| C.H.C. v. C.G.C.-F. ................... | 3699 EDA 2015 Affirmed | 07/20/2016 | No. 008901864 (Philadelphia) |
| Est. of Stauffer...................... | 906 MDA 2015 Affirmed | 07/20/2016 | 6712–1787 (York) |
| Com. v. Almanzar .................... | 1049 MDA 2015 Affirmed | 07/20/2016 | CP–67–CR–0000294–2014 (York) |
| Com. v. Kushmanick ................. | 1062 MDA 2015 Reversed and Appellant Discharge | 07/20/2016 | CP–38–CR–0000456–2014 (Lebanon) |
| In re Estate of Norris; Appeal of Peoples Bank............................. | 1117 MDA 2015 Vacated and Remanded | 07/20/2016 | 67–08–1482 (York) |
| In re Estate of Norris; Appeal of Gurzell | 1178 MDA 2015 Vacated and Remanded | 07/20/2016 | 6708–1482 (York) |
| Com. v. Muhammad.................. | 1518 MDA 2015 Affirmed | 07/20/2016 | CP–22–CR–0002967–2002 CP–22–CR–0003009–2002 (Dauphin) |
| Com. v. Shaffer ...................... | 1548 MDA 2015 Affirmed | 07/20/2016 | CP–18–CR–0000461–2014 (Clinton) |
| Waite v. Argento Family Partnership.... | 1783 MDA 2015 Reversed and Remanded | 07/20/2016 | 2013–SU–002120–71 (York) |

33.  Petition for reargument denied September 29, 2016.
34.  Petition for reargument denied September 29, 2016.